IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DUKES,

     Plaintiff,                     No. CIV S-09-2056 EFB P

     vs.

E. B. JONES, et al.,

     Defendants.             <u>ORDER</u>

                                /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

      Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

      Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a).

////

////

1

1 | The Clerk of the Court is directed to mail to plaintiff a form application for leave to
2 | proceed in forma pauperis. Failure to comply with this order will result in a recommendation
3 | that this action be dismissed.
4 | So ordered.
5 | Dated: August 6, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE